## BERRY v. STATE.
### No. 21306.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

On a plea of guilty appellant was convicted of forgery, and his punishment assessed by the jury at two years' confinement in the penitentiary.

The indictment appears to be in proper form. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

## BAKER v. STATE.
### No. 21328.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

J. Fielding Jones and Roy Y. Martin, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.